1

DANIEL G. BOGDEN
United States Attorney

2

AMBER M. CRAIG
Assistant United States Attorney

3

333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101

4

PHONE: (702) 388-6336
FAX:  (702) 388-6698

5

6

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

7

8

UNITED STATES OF AMERICA,

**2:14-cr-202-JAD-GWF**

9

Plaintiff,

STIPULATION TO CONTINUE
SENTENCING

10

vs.

(First Request)

11

CARLOS PACHECO-TUT,

12

Defendant.

13

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

14

States Attorney, and Amber M. Craig, Assistant United States Attorney, counsel for the United

15

States of America, and Jess Marchese, Esq., counsel for Defendant Carlos Pacheco-Tut, that the

16

sentencing hearing, currently set for April 20, 2015, at the hour of 10:00 a.m., be vacated and

17

continued for two weeks, or to a date to be set at the Court's convenience.

18

    This stipulation is entered into for the following reasons:

19

    1.  The parties require additional time to prepare for the sentencing hearing.

20

    2.  The Defendant is in custody and does not object to the continuance.

21

    3.  For the reasons stated above, the ends of justice would best be served by a continuance of

22

the sentencing hearing.

23

//

24

//

1

1    4.   This is the first request for a continuance filed herein.

2        DATED this _____ day of April, 2015.

3                                                      DANIEL G. BOGDEN
                                                       United States Attorney
4

5     _/s/ Jess Marchese_____            __/s/ Amber M. Craig___
      JESS MARCHESE, ESQ.                         AMBER M. CRAIG
      Counsel for Defendant Pacheco-Tut           Assistant United States Attorneys
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

4    UNITED STATES OF AMERICA,

5                    Plaintiff,                                **2:14-cr-202-JAD-GWF**

6          vs.                                                  ORDER

7    CARLOS PACHECO-TUT,

8                    Defendant.

9          Based upon the pending Stipulation of counsel, and good cause appearing therefore

10         IT IS ORDERED that the preliminary hearing, currently scheduled for April 20, 2015, at

11   10:00 a.m., be vacated and continued to Wednesday, May 6, 2015, at 10:00 a.m.

12

13         DATED this 20th day of April, 2015.

14

15   _____

16                                          HONORABLE JENNIFER A. DORSEY
                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24