JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant – CARLOS PACHECO-TUT

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-202-JAD (GWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS PACHECO-TUT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant CARLOS PACHECO-TUT and AMBER CRAIG, Assistant United States Attorney, that sentencing currently scheduled for May 6, 2015 at 10:00 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defendant has a scheduling conflict on that date and time.

This is the second request for continuance filed herein.

DATED: May 2, 2015

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | AMBER CRAIG, ESQ. |
| 601 S. LAS VEGAS BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 333 LAS VEGAS BOULEVARD SOUTH. #5000 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant – CARLOS PACHECO-TUT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-202-JAD (GWF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS PACHECO-TUT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the defendant has a scheduling conflict on that day.

This is the second request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of Justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for May 6, 2014, at 10:00 a.m., be continued to Tuesday, May 19, 2015, at 10:00 a.m. in Courtroom #6D.

DATED this 6th day of May, 2015.

_____
**U.S. DISTRICT JUDGE**